

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00345-CR

Gerardo **VENEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CRH001475 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the State's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED.

SIGNED June 22, 2016.

_____
Sandee Bryan Marion, Chief Justice